UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **SHANNA PERKINS** | * | **CIVIL ACTION NUMBER:** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **WALMART INC. AND WALMART** | * | |
| **CLAIMS SERVICES, INC.** | * | **MAGISTRATE JUDGE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY**

Walmart Inc. and Walmart Claims Services, Inc. defendants in the State suit brought by Shanna Perkins, Docket Number C2302162 "A" in the Twenty-Seventh Judicial District Court in and for the Parish of St. Landry, State of Louisiana, files this Notice of Removal to remove the case from the Twenty-Seventh Judicial District Court in and for the Parish of St. Landry, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana.

1.

This case commenced in the Twenty-Seventh Judicial District Court in and for the Parish of St. Landry, State of Louisiana, on September 21, 2023 by Shanna Perkins against Walmart Inc. and Walmart Claims Services, Inc.

2.

Process was served on Walmart Inc. and Walmart Claims Services, Inc. through their registered agent, on October 10, 2023 as per the copy of the Service Transmittal, Citation and Petition attached hereto as Exhibit "A" *in globo*. Also attached is Defendants' Answer filed in state court as Exhibit "B".

3.

The Plaintiff's action is one of a civil nature in which she seeks to recover from Defendants damages and court costs plus legal interest for injuries that Shanna Perkins allegedly sustained in an accident that occurred on November 19, 2022 at the Wal-Mart Store located in Eunice, Louisiana.

4.

The said civil action as against the removing Defendants is one in which the District Courts of the United States have original jurisdiction by virtue of the fact that there is diversity of citizenship between parties and by virtue of the fact that the amount in dispute exceeds the amount of $75,000.00, exclusive of interest and costs.

5.

Walmart Inc., is a Delaware corporation with its principal place of business in Bentonville, Arkansas. Walmart Claims Services, Inc. is an Arkansas corporation with its principal place of business in Bentonville, Arkansas.

6.

Plaintiff alleges that as a result of a leaking roof, Shanna Perkins slipped and fell and sustained injuries, including, but not limited to her back, right foot and ankle resulting in tendon repair surgery to her ankle/foot on April 6, 2023. An MRI performed on December 1, 2022 confirmed she sustained a right foot peroneus brevis tendinosis rupture with a partial tear. Peroneus longus and peroneus brevis are muscles that originate on the outer bone of the lower leg called the fibula. These become tendons above the ankle in order to attach the muscles to the foot. Therefore, Ms. Perkins sustained general damages as well as medical bills including the cost of the surgical procedure. Additionally, she is claiming past and future lost wages.

7.

Medical records and bills of the Plaintiff, Shanna Perkins, are attached to this Removal Notice as Exhibit "C" and are incorporated herein as if copied *in extenso*.

8.

The medical records attached contain some personal identifiers of the Plaintiff, Shanna Perkins, which have been redacted.

9.

Based upon Plaintiff's medical records, bills, foot surgery, and lost wages, the case has become removable. This Removal is timely since it is being filed within 30 days of service of process.

10.

Louisiana jurisprudence has awarded general damages alone in excess of $75,000 for back, ankle and foot injuries and treatment such as those Plaintiff has alleged. (See *Allen v. Great Atlantic & Pacific Tea Co.*, 589 So.2d 43 (La. 1 Cir. 1991), plaintiff awarded $150,000 in general damages for foot surgery; *Durkee v. City of Shreveport*, 587 So.2d 722 (La. 2 Cir. 1991), plaintiff awarded $100,000 for foot surgery).

11.

The Plaintiff seeks judgment for the entire amount of past and future special and general damages. Such special damages include: past medical bills believed to exceed $30,000 which includes the costs of surgery (Exhibit C), future medical bills, past lost wages for missing work at TanCorp Shared Services, future wage loss and loss of earning capacity, Past and future general damages include: physical pain and suffering, mental pain and suffering, anguish, permanent

disability, surgical scarring and loss of enjoyment of life. (See Exhibit "A" – Plaintiff's Petition). Therefore, based on relief sought and general damages for similar injuries, the amount in dispute exceeds $75,000.00. For these reasons, it appears that the amount in controversy exceeds the jurisdictional amount required for a federal jury trial.

12.

Defendants will be contesting the liability and damages aspect of this case and the causal relationship of some of the plaintiff's complaints to the accident in question. Defendants will be questioning the nature and extent of the plaintiff's complaints and treatment. Defendants do not state in this Removal pleading, nor do defendants intend to argue at trial or post-trial, that plaintiff is entitled to any amounts, much less an amount greater than $75,000. However, that does not mean that the matter in controversy as claimed by plaintiff does not exceed the sum or value of $75,000. It is anticipated, based upon plaintiff's medical records, medical bills, and her loss of wage claim, that plaintiff will attempt to recover an amount in excess of $75,000. Defendants dispute that the plaintiff's injuries are as severe as she claims. However, the issue is what is the amount in controversy. The amount in controversy should be determined by the greatest amount the plaintiff could reasonably attempt to recover at trial. If for any reason plaintiff were to oppose this Removal, and if the court was to remand the case to state court, we would respectfully request that this court enter an order preventing the plaintiff from attempting to recover any amounts in excess of $75,000 at any subsequent state court trial. Otherwise, defendants would be barred from trying the case in federal court while the plaintiff could attempt to recover an unlimited amount of damages in state court.

13.

At the time of the commencement of this action, and at all times since that time, Plaintiff, Shanna Perkins, was and remains a citizen and resident of and domiciled in the Parish of Jefferson Davis, State of Louisiana, as appears from Plaintiff's Petition filed in State Court. Walmart Inc., which was and still is a Delaware corporation with its principal place of business in Bentonville, Arkansas. Walmart Claims Services, Inc. was and still is an Arkansas corporation with its principal place of business in Bentonville, Arkansas.

14.

Upon filing of this Notice of Removal and Request for Trial by Jury, written notice is thereof being given to all adverse parties, and a copy of this notice is being filed with the Clerk of Court of the aforesaid State Court to effect the removal of the civil action, all as provided for by law.

15.

This cause is specifically removable to this Honorable Court pursuant to 28 U.S.C. § 1441, *et seq*.

16.

Defendants, Walmart Inc. and Walmart Claims Services, Inc., reserve all rights to object to the jurisdiction of the State Court proceedings should this Court ultimately hold that this action was not removable or improperly removed thereto.

17.

Defendants request a trial by jury on all issues triable by jury.

WHEREFORE, Defendants, Walmart Inc. and Walmart Claims Services, Inc. pray that the aforesaid civil action be removed from the Twenty-Seventh Judicial District Court for the Parish of St. Landry, State of Louisiana, into this Court for trial and determination as provided by law, particularly, 28 U.S.C. § 1441, *et seq*., and thereupon to proceed with said civil action as though originally commenced in this Court and for all orders and decrees as may be necessary or appropriate in such cases made and provided. Defendants further pray for a trial by jury.

Respectfully submitted,

**DAVIDSON, MEAUX, SONNIER, McELLIGOTT, FONTENOT, GIDEON & EDWARDS, L.L.P.**

*s/Philip A. Fontenot, #16918*

PHILIP A. FONTENOT, #16918
JAMI LACOUR ISHEE, #35872
810 South Buchanan Street
Post Office Box 2908
Lafayette, Louisiana 70502-2908
Telephone:   (337) 237-1660
Facsimile:   (337) 237-3676

Attorneys for Walmart Inc. and Walmart, Claims Services, Inc.

**CERTIFICATE**

I HEREBY CERTIFY that on this 27th day of October, 2023, a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and that a copy of this filing has this day been forwarded to all counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed.

*s/Philip A. Fontenot*